### STATE vs. ARTHUR LYNCH.

INTOXICATING LIQUORS—"MALT LIQUORS"—"BEER".
"Malt liquor" or "beer" is a brewed liquor made of grain, especially barley, flavored with hops, and is a liquor which has undergone fermentation and contains alcohol.

(*October 8, 1915.*)

Judges BOYCE and RICE sitting.
*Frank M. Jones*, Deputy Attorney General, for the state.
*Robert C. White* and *James M. Tunnell* for the accused.

Court of General Sessions, Sussex County, October Term, 1915.

INDICTMENT, No. 12 June Term, 1915.

Arthur Lynch was indicted for the unlawful sale of malt liquor, to wit, beer.

The accused admitted that he sold "soft or near beer" to the prosecuting witness, but denied that he sold to him malt liquor or lager beer.

BOYCE, J., in charging the jury, said, *inter alia:*

Malt liquor, or beer, as is commonly known, is a brewed liquor made of grain, especially barley, flavored with hops, and is a liquor which has undergone fermentation, and contains alcohol. 5 *Cyc.* 678. The sale of such liquor is prohibited in this county by what is known as the Local Option Law.

Proof of the sale of such liquor will sustain the indictment.

Jury disagreed.